## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 10-cv-01382-WJM-MJW

JOHN PETERS,

    Plaintiff,

v.

BANK OF AMERICA

    Defendant.

_____

### ORDER GRANTING MOTION TO WITHDRAW COMPLAINT AND DISMISSING CASE WITHOUT PREJUDICE
_____

This matter is before the Court on Plaintiff's Motion to Withdraw Complaint Without Prejudice, filed May 24, 2011 (ECF No. 41). The Court being fully advised hereby ORDERS as follows:

Plaintiff's Motion to Withdraw Complaint is GRANTED. The above-captioned matter is DISMISSED WITHOUT PREJUDICE, each party to bear his or its own attorney's fees and costs.

Dated this 27th day of May, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge